**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 373 WAL 2016
                                       :
             Respondent   :   Petition for Allowance of Appeal from
                                       :   the Order of the Superior Court
                                       :
            v.                    :
                                       :
                                       :
SEMAJ HOWARD,                 :
                                       :
            Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.